UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>DAVID D. DELAY,<br><br>                Defendant. | Case No. 15-167 DB<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with conspiring to engage in sex trafficking using force, fraud or coercion. The government proffered that defendant entices and coerces unsophisticated women and children and that his actions spans numerous states. A search performed in this case, for instance, turned up approximately 700 hotel keys. Defendant is also charged in an Oregon state court with promoting prostitution. The Oregon Court released him in December 2014 and there is currently an active warrant for his arrest. The government also proffered that defendant has engaged in what it believes is witness tampering and attempted evidence destruction. In view of

DETENTION ORDER - 1

all of these factors defendant presents both a danger to the community and a flight risk.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 29th day of April, 2015.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

e

DETENTION ORDER - 2