The Honorable Robert S. Lasnik

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

16

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID DELAY,<br><br>Defendant. | NO. CR15-00175 RSL<br><br>ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL DATE |
| --- | --- |

17

18   The Court has considered the motion filed by counsel for Defendant David Delay

19  on July 26, 2016 (Docket No. 137) for a continuance of the trial date in this case.  The

20  Court finds that the ends of justice will be served by ordering a continuance in this case,

21  that a continuance is necessary to ensure that defense counsel has adequate time for

22  effective case preparation and to fully review the record and prepare a defense, and that

23  failure to grant such a continuance will result in a miscarriage of justice.  The Court

24  further finds that these factors outweigh the best interests of the public and the

25  Defendants in a speedy trial within the meaning of the Speedy Trial Act, Title 18, United

26  States Code, Section 3161(h)(7)(A).

27

28

UNITED STATES v. DELAY
ORDER GRANTING DEFENDANTS' MOTION
TO CONTINUE TRIAL DATE - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court further finds that the period of time from July 26, 2016, until May 8, 2017, shall be excludable time pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(8)(B)(i) and (iv).

IT IS THERFORE ORDERED that the trial date in this matter is continued to May 8, 2017,  and that pretrial motions shall be filed no later than March 8, 2017.

DONE this 9th day of August, 2016.

Robert S. Lasnik
United States District Judge

/s/ *Catherine L. Crisham*
Assistant United States Attorney

UNITED STATES v. DELAY
ORDER GRANTING DEFENDANTS' MOTION
TO CONTINUE TRIAL DATE - 2