The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID D. DELAY, <br><br> Defendant. | NO. CR15-175 RSL <br><br> ORDER TO SEAL |

Having read the Government's Motion to Rescind Delay's Communications Privileges at the FDC in the above-captioned case, and Government's Motion to Seal requesting that the Government's Motion to Rescind Delay's Communications Privileges at the FDC be sealed,

It is hereby ORDERED that the Government's Motion to Rescind Delay's Communications Privileges at the FDC in this matter shall be sealed.

DATED this 17th day of January, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Order to Seal
United States v. Delay et al; CR15-175 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970