HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID D. DELAY<br><br>Defendant. | Cause No. CR15-175 RSL<br><br>**ORDER DIRECTING FILING DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO RESCIND COMMUNICATION PRIVILEGES UNDER SEAL** |

This matter having come before the Court on Motion of Defendant above-named to seal the Defendant's Response to the Government's Motion to Rescind Communication Privileges, and good cause appearing therefore,

NOW THEREFORE it is ordered that the Clerk shall file the Defendant's Response to the Government's Motion to Rescind Communication Privileges and the attachments thereto under seal.

//

//

//

//

ORDER TO FILE UNDER SEAL - 1

https://d.docs.live.net/91e82df2bd639bdd/Office/Levy/
DeLay/Pleadings/seal order rescind response.doc

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

1    DATED THIS 17th day of January, 2017.

2

3    _____/s/ M. S. Lasnik_____
     U.S. DISTRICT COURT JUDGE

4

5    Presented by:

6    /s/Gilbert H. Levy
     Gilbert H. Levy, WSBA 4805
7    Attorney for Defendant

ORDER TO FILE UNDER SEAL - 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818