HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>DAVID D. DELAY,<br><br>      Defendant. | Cause No. CR15-175 RSL<br><br>**ORDER DIRECTING FILING OF DECLARATION OF GILBERT H. LEVY IN SUPPORT OF MOTION TO DISMISS UNDER SEAL** |

This matter having come before the Court on Motion of Defendant above-named to seal the Declaration of Gilbert H. Levy and attachments thereto filed in support of Defendant's Motion to Dismiss under seal, and good cause appearing therefore,

NOW THEREFORE it is ordered that the Clerk shall file the Declaration of Gilbert H. Levy and the attachments thereto filed in support of the Defendant's Motion to Dismiss under seal.

DATED THIS 28th day of February, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO FILE UNDER SEAL - 1