The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-175 RSL |
| Plaintiff, | |
| v. | ORDER GRANTING LEAVE TO FILE OVER-LENGTH BRIEF |
| DAVID D. DELAY, | |
| Defendant. | |

The Court, having reviewed the United States' Motion for Leave to File an Over-Length Brief, and good cause appearing, enters the following order:

It is hereby ORDERED that the Motion is GRANTED. The United States may file its Response in Opposition to Motion to Dismiss for Destruction of Evidence and Government Misconduct, not exceeding twenty pages in length.

DATED this 28th day of February, 2017.

Robert S. Lasnik
United States District Judge

Order to Seal
United States v. Delay et al; CR15-175 RSL  - 1