Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 15-00175 RSL |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER CONTINUING |
| DAVID DELAY, | ) | PRETRIAL MOTIONS |
| Defendant | ) | TO MARCH 17, 2017 |

DAVID DELAY, through counsel, Gilbert Levy and Terrence Kellogg, and the United States of America, through Assistant United States Attorney Catherine Crisham, having stipulated and agreed to a continuance of the pretrial motions date from March 8, 2017 to March 17, 2017, this continuance necessary because of the complex and extended nature of the evidence and discovery in this case, accordingly

IT IS ORDERED, based upon the stipulation of the parties filed separately, that the pretrial motions due date as to defendant Delay in this case is extended

/

ORDER CONTINUING PRETRIAL MOTIONS DUE DATE
FROM MARCH 8, 2017 TO MARCH 17, 2017 - 1

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 491-9003

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | from March 8, 2017 to March 17, 2017. |
| 5 | |
| 6 | |
| 7 | DATED this 3rd day of March, 2017. |
| 8 | |

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER CONTINUING PRETRIAL MOTIONS DUE DATE
FROM MARCH 8, 2017 TO MARCH 17, 2017 - 2

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 491-9003