The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID DELAY,<br><br>Defendant. | NO. CR15-175 RSL<br><br>~~(PROPOSED)~~ ORDER GRANTING STIPULATED MOTION TO EXTEND DUE DATE OF GOVERNMENT'S RESPONSES TO PRETRIAL MOTIONS |

Having reviewed the parties' Agreed Motion to Extend Due Date of Government's Responses to Defendant's Pretrial Motions, and based upon the reasons set forth in that Motion,

IT IS ORDERED that the government shall file its responses to defense's Motion to Dismiss Count 17 (Docket No. 262); Motion to Sever Count 15 (Docket No. 263); Motion to Direct U.S. Probation to Disclose Violation Reports (Docket No. 266); Motion to Continue Trial (Docket No. 267); Motion to Dismiss Counts as Multiplicitous (Docket No. 268); and Motion for Voluntariness Hearing and Motion to Suppress Custodial Statements (Docket No. 272)

//
//

UNITED STATES v. DELAY/CR5-175 RSL
STIPULATION TO EXTEND DUE DATE OF
GOVERNMENT'S RESPONSE - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

no later than March 31, 2017.

IT IS SO ORDERED.

DATED this 28th day of March, 2017.

/s/ Robert S. Lasnik

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *Catherine L. Crisham*
CATHERINE L. CRISHAM
Assistant United States Attorney

UNITED STATES v. DELAY/CR5-175 RSL
STIPULATION TO EXTEND DUE DATE OF
GOVERNMENT'S RESPONSE - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970