The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-175 RSL |
| Plaintiff, | |
| | (PROPOSED) ORDER GRANTING STIPULATED MOTION TO EXTEND DUE DATE OF GOVERNMENT'S |
| v. | RESPONSE TO DEFENDANT'S MOTION FOR VOLUNTARINESS |
| DAVID DELAY, | HEARING AND TO SUPPRESS |
| Defendant. | CUSTODIAL STATEMENTS |

Having reviewed the parties' Agreed Motion to Extend Due Date of Government's Response to Defendant's Motion for Voluntariness Hearing and Motion to Suppress Custodial Statements, and based upon the reasons set forth in that Motion,

IT IS ORDERED that the government shall file its response to defense's Motion for Voluntariness Hearing and Motion to Suppress Custodial Statements (Docket No. 272) no later than April 7, 2017.

UNITED STATES v. DELAY/CR15-175 RSL
STIPULATION TO EXTEND DUE DATE OF
GOVERNMENT'S RESPONSE - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS SO ORDERED.

2  DATED this ___3rd___ day of __April__, 2017.

3

4

5  _____

6  ROBERT S. LASNIK
   UNITED STATES DISTRICT JUDGE

7

8

9  Presented by:

10

11

12  s/ Matthew T. Grady
    MATTHEW T. GRADY

13  Trial Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES v. DELAY/CR15-175 RSL
STIPULATION TO EXTEND DUE DATE OF
GOVERNMENT'S RESPONSE - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE
5220
SEATTLE, WASHINGTON 98101
(206) 553-7970