HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID D. DELAY,<br><br>　　　　Defendant. | Cause No. CR15-175 RSL<br><br>**ORDER EXTENDING PRE-TRIAL MOTIONS DEADLINE** |

This matter having come before the Court on motion of the Defendant above-named to extend the pre-trial motions deadline to March 22, 2017 to enable him to file a motion for voluntariness hearing and a motion to suppress statements, and the Government having agreed thereto, and the Defendant having agreed to give the Government additional time to respond to his motions,

NOW THEREFORE, it is ordered that the deadline for filing the Defendant's pre-trial motions deadline is extended to March 22, 2017.

//

//

//

ORDER EXTENDING PRE-TRIAL
MOTIONS DEADLINE - 1

DATED THIS 4th day of April, 2017.

Robert S. Lasnik
United States District Judge

ORDER EXTENDING PRE-TRIAL
MOTIONS DEADLINE - 2