The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>DAVID D. DELAY,<br><br>           Defendant. | NO. CR15-175RSL<br><br>ORDER TO SEAL |

   Having read the Government's Motion to Seal and because of sensitive information contained therein,

   It is hereby ORDERED that Government's Exhibits to Government's Response in Opposition to Defense Motion to Continue Trial, shall be allowed to remain under seal due to the sensitive information contained.

   DATED this 4th day of April, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER TO SEAL
CR15-175RSL- 1