HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID D. DELAY,<br><br>Defendant. | Cause No. CR15-175 RSL<br><br>**ORDER EXTENDING TIME TO FILE REPLIES TO RESPONSES TO DEFENDANT'S PRE-TRIAL MOTIONS** |

This matter having come before the Court on motion of the Defendant above-named, and the Government having agreed thereto,

NOW THEREFORE, it is ordered that the Defendant shall have until April 7, 2017 to file its replies to the Government's responses to the following pre-trial motions: Motion to Sever Count 15, Motion to Dismiss Count 17, Motion to Dismiss Various Counts on Grounds of Multiplicity, Motion to Produce Violation Reports. In addition, the Defendant shall have until April 14, 2017 to file his reply to the Government's Response to his Motion for a Voluntariness Hearing.

//

//

ORDER EXTENDING TIME TO FILE
PRE-TRIAL MOTION REPLIES - 1

https://d.docs.live.net/91e82df2bd639bdd/Office/Levy/
DeLay/Pleadings/reply extend order.doc

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

DATED THIS 4th day of April, 2017

_____
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Defendant

ORDER EXTENDING TIME TO FILE
PRE-TRIAL MOTION REPLIES - 2

https://d.docs.live.net/91e82df2bd639bdd/Office/Levy/
DeLay/Pleadings/reply extend order.doc

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818