UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID D. DELAY,<br><br>  Defendant. | NO. CR15-175RSL<br><br>ORDER GRANTING IN PART DEFENSE COUNSEL'S MOTION TO CONTINUE TRIAL DATE |

This matter comes before the Court on defense counsel's "Motion to Continue Trial Date from May 8, 2017." Dkt. # 267. Because of a scheduling conflict arising from defense counsel Terrence Kellogg's trial obligations in another pending case, and because of counsel's desire for additional time to review discovery for this trial, defense counsel asks the Court to continue the trial date in this matter from May 8, 2017 to any time on or after June 5, 2017. The government objects to a continuance beyond May 22, 2017, and defendant objects to any continuance at all. Dkt. ## 267, 282.

Having considered the memoranda submitted by the parties, argument on the motion from the government, defense counsel, and defendant, and the remainder of the record, the Court continues the trial date in this matter from May 8, 2017, to May 22, 2017. In the interests of justice, a brief continuance is appropriate to allow defense counsel additional time to review recently obtained electronic discovery, see 18 U.S.C. § 3161(h)(7)(B)(ii), but particularly given defendant's opposition and the continuance of Mr. Kellogg's other trial, the Court concludes that

ORDER GRANTING IN PART DEFENSE COUNSEL'S
MOTION TO CONTINUE TRIAL DATE - 1

1  a continuance beyond May 22, 2017 is not warranted.

3  For all the foregoing reasons, defense counsel's motion to continue the trial date (Dkt. # 267) is GRANTED in part. The Court finds that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial, and that the period of time between May 8, 2017 and May 22, 2017 shall be excludable time for purposes of 18 U.S.C. § 3161(h)(7)(A).

DATED this 10th day of April, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING IN PART DEFENSE COUNSEL'S
MOTION TO CONTINUE TRIAL DATE - 2