HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DAVID D. DELAY<br><br>　　　　Defendant. | Cause No. CR15-175 RSL<br><br>**ORDER DIRECTING U.S. PROBATION TO DISCLOSE MARYSA COMER'S VIOLATION REPORTS** |

　　　　This matter comes before this Court on Defendant David Delay's "Motion Directing U.S. Probation to Disclose Marysa Comer's Violation Reports." Dkt. # 266. Defendant argues that the violation reports will likely contain impeachment evidence to which he is entitled under Brady v. Maryland, 373 U.S. 83 (1963), and Giglio v. United States, 405 U.S. 150 (1972). The government does not oppose disclosure of the violation reports in theory, but argues that the reports should not be disclosed before Ms. Comer testifies at trial (if she testifies at all). The government also asks the Court to review the probation materials *in camera* to determine whether they contain any impeachment evidence not already otherwise available to the defense. Dkt. # 278.

ORDER DIRECTING U.S.
PROBATION TO DISCLOSE MARYSA
COMER'S VIOLATION REPORTS - 1

1  Good cause appearing, the Court hereby directs the United States Probation Office to
2  provide copies of all bond violation reports regarding Marysa Comer, pertaining to the above-
3  referenced cause number, to the Court for *in camera* review.  After the Court has reviewed the
4  reports for probative, relevant, and material information bearing on Ms. Comer's credibility, see
5  United States v. Alvarez, 358 F.3d 1194, 1209 (9th Cir. 2004), the Court will release the
6  appropriate information to the defense.

8  Dated this 10th day of April, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DIRECTING U.S.
PROBATION TO DISCLOSE MARYSA
COMER'S VIOLATION REPORTS - 2