UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID D. DELAY,<br><br>    Defendant. | NO. CR15-175RSL<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS COUNTS AS MULTIPLICITOUS |

This matter comes before the Court on defendant's motion to dismiss certain counts as multiplicitous. Dkt. # 268. Defendant argues that four different sets of two counts in the Fourth Superseding Indictment are multiplicitous in that each set of two counts grounds two separate offenses on the same conduct. Because 18 U.S.C. § 2421 is a lesser included offense of 18 U.S.C. § 2422(a), defendant argues that, per the rule against multiplicity, the government should be required to choose between the two counts in each of the four sets.

The government responds that the two crimes charged each require proof of an element that the other does not, and accordingly are "separate and distinct" offenses. See United States v. Taitano, 442 F.2d 467, 469 (9th Cir. 1971). Moreover, even if one crime is a lesser-included version of the other, the government is permitted to charge defendants with both greater and lesser included offenses in separate counts under the same indictment, see United States v. Jose, 425 F.3d 1237, 1247 (9th Cir. 2005), so long as the defendant, if convicted, is not punished cumulatively for the same offense absent clear legislative intent, see Whalen v. United States,

ORDER DENYING DEFENDANT'S MOTION
TO DISMISS COUNTS AS MULTIPLICITOUS - 1

445 U.S. 684, 691–92 (1980) (citing <u>Blockburger v. United States</u>, 284 U.S. 299, 304 (1932)). The Court concludes that dismissal of the identified counts is not warranted.

For all the foregoing reasons, defendant's motion to dismiss certain counts as multiplicitous (Dkt. # 268) is DENIED.

DATED this 10th day of April, 2017.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S MOTION
TO DISMISS COUNTS AS MULTIPLICITOUS - 2