UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID D. DELAY,<br><br>Defendant. | NO. CR15-175RSL<br><br>ORDER DENYING DEFENDANT'S MOTION TO REVOKE DETENTION ORDER |

This matter comes before the Court on defendant's "Motion to Revoke Detention Order." Dkt. # 274. Since defendant's detention hearing in April 2015, defendant has remained in custody at the Federal Detention Center, SeaTac. Dkt. ## 14, 16. Defendant argues that he should be released in light of the additional time the defense requires to review electronic discovery and the resulting continuance of the trial date from May 8, 2017. Defendant also argues that his detention order was premised on false allegations by the government that defendant has tampered with witnesses in this case. The government opposes release, citing defendant's potential exposure to life imprisonment and evidence that defendant has repeatedly attempted to intimidate witnesses and tamper with evidence. Dkt. # 285.

In light of defendant's repeated efforts to contact witnesses in violation of the Court's express orders, the Court concludes that defendant has not rebutted the presumption that no combination of release conditions can reasonably assure the safety of the community and the integrity of his trial.

ORDER DENYING DEFENDANT'S
MOTION TO REVOKE DETENTION ORDER - 1

Accordingly, defendant's motion to revoke his detention order (Dkt. # 274) is DENIED.

DATED this 10th day of April, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S
MOTION TO REVOKE DETENTION ORDER - 2