UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID D. DELAY,<br><br>Defendant. | NO. CR15-175RSL<br><br>ORDER GRANTING DISCLOSURE OF MARYSA COMER'S VIOLATION REPORTS |

This matter comes before the Court on defendant's "Motion Directing U.S. Probation to Disclose Marysa Comer's Violation Reports," Dkt. # 266, and the Court's subsequent "Order Directing U.S. Probation to Disclose Marysa Comer's Violation Reports," Dkt. # 300. Pursuant to the Court's order, the United States Probation Office provided the Court with copies of all bond violation reports regarding Ms. Comer and pertaining to the above-referenced cause number for the Court's *in camera* review. Having reviewed the reports for probative, relevant, and material information bearing on Ms. Comer's credibility, see United States v. Alvarez, 358 F.3d 1194, 1209 (9th Cir. 2004), the Court concludes that all reports should be disclosed to the defense (though not to defendant himself). Without commenting on whether the reports contain impeachment evidence, under the totality of the circumstances the Court finds that the requirements of Brady v. Maryland, 373 U.S. 83 (1963), and Giglio v. United States, 405 U.S. 150 (1972) are best served by disclosure of the reports in full.

ORDER GRANTING DISCLOSURE OF
MARYSA COMER'S VIOLATION REPORTS - 1

1     The Court will contact the parties to arrange for transmission of the reports.

3     DATED this 11th day of April, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DISCLOSURE OF
MARYSA COMER'S VIOLATION REPORTS - 2