# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID D. DELAY, <br><br> Defendant. | NO. CR15-175RSL <br><br> ORDER DIRECTING PARTIES TO SUBMIT JOINT SUPPLEMENTAL JUROR QUESTIONNAIRE |

This matter comes before the Court *sua sponte*. Given the nature of the charges in this case, the Court anticipates that a supplemental juror questionnaire would streamline the jury-selection process. The parties are therefore directed to submit to the Court a one-page joint list of supplemental questions that both parties agree will aid in the selection of a jury in this case. These supplemental questions will be presented to prospective jurors, along with the questions on the standard juror questionnaire, on the morning of jury selection. If the parties are unable to agree on a joint list of questions, each party should submit a proposed half-page list to the Court, and the Court will create a supplemental juror questionnaire based on the parties' submissions. The parties are directed to file either a joint list or separate proposed lists by Friday, April 28, 2017.

ORDER DIRECTING PARTIES TO
SUBMIT JOINT SUPPLEMENTAL
JUROR QUESTIONNAIRE - 1

SO ORDERED this 19th day of April, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DIRECTING PARTIES TO
SUBMIT JOINT SUPPLEMENTAL
JUROR QUESTIONNAIRE - 2