HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID D. DELAY, <br><br> Defendant. | Cause No. CR15-175 RSL <br><br> **ORDER EXTENDING TIME WITHIN WHICH TO FILE RESPONSE TO GOVERNMENT'S MOTION IN LMINE** |

This matter having come before the Court on Motion of the Defendant above-named to file his Response to the Government's Motion to Admit Certain Evidence pursuant to FER 414 (Document 315), good cause appearing therefore and the Government having indicated that it does not oppose the request,

NOW THEREFORE it is ordered that the Defendant may have until May 19, 2017 to file his response to the Government's Motion to Admit Certain Evidence Pursuant to FER 414.

//

//

//

//

ORDER EXTENDING TIME TO FILE
RESPONSE - 1

https://d.docs.live.net/91e82df2bd639bdd/Office/Levy/
DeLay/Pleadings/MIL extend order.doc

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818

1 | DATED THIS 11th day of May, 2017

_____
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Defendant

ORDER EXTENDING TIME TO FILE
RESPONSE - 2

https://d.docs.live.net/91e82df2bd639bdd/Office/Levy/
DeLay/Pleadings/MIL extend order.doc

**Gilbert H. Levy**
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818