The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID DELAY, <br><br> Defendant. | NO. CR15-00175 RSL <br><br> ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL DATE |

The Court has considered the motion filed by counsel for Defendant David Delay on April 10, 2017 (Docket No. 296) for a continuance of the trial date in this case, the motion filed by defense counsel asking the Court to reconsider its order granting a limited continuance (Docket No. 311), and the positions of the parties as stated orally at the May 3, 2017 hearing on the defense's motion to reconsider (Docket No. 319). After considering the written and oral positions of the parties, the Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure that defense counsel has adequate time for effective case preparation and to fully review the record and prepare a defense, and that failure to grant such a continuance will result in a miscarriage of justice. The Court further finds that these factors outweigh the best interests of the public and the Defendant in a speedy trial within

UNITED STATES v. DELAY
ORDER GRANTING DEFENDANTS' MOTION
TO CONTINUE TRIAL DATE - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the meaning of the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A).

The Court further finds that the period of time from May 8, 2017, until October 23, 2017, shall be excludable time pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(8)(B)(i) and (iv).

IT IS THERFORE ORDERED that the trial date in this matter is continued to October 23, 2017.

DONE this 19th day of May, 2017.

_____
Robert S. Lasnik
United States District Judge

/s/ *Catherine L. Crisham*
Assistant United States Attorney

UNITED STATES v. DELAY
ORDER GRANTING DEFENDANTS' MOTION
TO CONTINUE TRIAL DATE - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970