UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-175RSL |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| DAVID D. DELAY, | |
| Defendant. | |

Having read the Government's Notice of Intent and Motion In Limine to Admit Evidence Pursuant to Federal Rule of Evidence 414, and Motion to Seal and because of sensitive information contained therein,

It is hereby ORDERED that Government's Notice of Intent and Motion In Limine to Admit Evidence Pursuant to Federal Rule of Evidence 414, shall be allowed to remain under seal due to the sensitive information contained.

DATED this 8th day of June, 2017.

Robert S. Lasnik
United States District Judge