The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID D. DELAY, <br><br> Defendant. | NO. CR15-175 RSL <br><br> ORDER GRANTING GOVERNMENT'S MOTION FOR PERMISSION TO FILE SURREPLY |

The Court, having reviewed the Government's Motion for Permission to file Surreply, enters the following Order:

IT IS HEREBY ORDERED that the motion is GRANTED. The Government may file a surreply to the Defendant's Supplemental Brief in Support of Motion to Suppress Statements.

DATED this 12th day of June, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge