UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID D. DELAY,<br><br>    Defendant. | NO. CR15-175RSL<br><br>ORDER DENYING AS MOOT GOVERNMENT'S MOTION IN LIMINE TO ADMIT EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 414 |

This matter comes before the Court on the "Government's Notice of Intent and Motion in Limine to Admit Evidence Pursuant to Federal Rule of Evidence 414." Dkt. # 315. In light of the Fifth Superseding Indictment filed July 5, 2017, Dkt. # 352, which charges defendant with crimes in connection with the conduct that the government previously sought to introduce under Federal Rule of Evidence 414, *see* Dkt. # 332, the government's motion in limine (Dkt. # 315) is DENIED as moot.

DATED this 6th day of July, 2017.

                                        Robert S. Lasnik
                                        United States District Judge

ORDER DENYING AS MOOT
GOVERNMENT'S MOTION IN LIMINE - 1