Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 15-00175 RSL |
| Plaintiff, | ) | |
| v. | ) | ~~[PROPOSED]~~ ORDER EXTENDING TIME WITHIN WHICH TO FILE RESPONSE TO GOVERNMENT'S MOTION FOR APPROPRIATE RELIEF [DKT # 364 SEALED] |
| | ) | |
| DAVID DELAY, | ) | |
| Defendant | ) | |

This matter having come on for hearing upon motion by defendant David Delay, through his counsel, Gilbert Levy and Terry Kellogg, it appearing good cause exists for granting this motion, the government not objecting to additional time as requested, now, therefore, it is

ORDERED defendant may have until August 3, 2017 within which to file his response to the Government's Motion For Appropriate Relief Based Upon The Defendant's Violations of the Court's Orders And Applicable Law, sealed file Docket Number 364, and it is further

ORDERED that the referenced motion, Docket Number 364, be re-noted

/

~~PROPOSED~~ ORDER EXTENDING TIME TO RESPOND
TO MOTION DKT # 364 - 1

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 491-9003

1 | for consideration August 4, 2017.

2 | DATED this **3rd** day of ~~July~~ **Aug.**, 2017.

_(signature)_
HON. ROBERT S. LASNIK
DISTRICT COURT JUDGE

~~PROPOSED~~ ORDER EXTENDING TIME TO RESPOND
TO MOTION DKT # 364 - 2

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 491-9003