UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DAVID DELAY,<br><br>　　　　　　Defendant. | NO. CR15-175RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

A hearing on the government's motion for appropriate relief and defendant's motion to revise detention order has been scheduled for Tuesday, August 22, 2017 at 11:00 a.m. in courtroom 15106 before the Honorable Robert S. Lasnik, United States District Court Judge.

DATED this 8th day of August, 2017.

s/Rhonda Stiles *for*
Kerry Simonds, Deputy Clerk
To Robert S. Lasnik, Judge
206-370-8519

MINUTE ORDER