HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>DAVID D. DELAY,<br><br>       Defendant. | Cause No. CR15-175 RSL<br><br>**ORDER PERMITTING MOTION TO BE FILED EX PARTE AND UNDER SEAL** |

The matter having come before the Court on motion of the Defendant for leave to file a Motion for Issuance of a Documents Subpoena to the Snohomish County Sheriff's office ex parte and under seal, the Court finds as follows:

(1) the documents sought by the subpoena are relevant to the Defendant's theory of the case; (2) ex parte filing is authorized by Federal Criminal Rule 17(b); (3) the information sought by the subpoena is not the personal or confidential information of a victim and is directly relevant to the Defendant's theory of the case; (4) an exhibit attached to the Defense Counsel's supporting declaration consists of "protected material".

NOW THEREFORE it is ordered as follows:

ORDER PERMITTING MOTION TO BE
FILED EX PARTE AND UNDER SEAL -
1

F:\DeLay\Pleadings\Comer DV subpoena seal order.doc

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

Defendant may submit the motion for issuance of a documents subpoena to the Snohomish County Sheriff's Office on an ex parte basis. The Clerk of the Court is directed to file the Motion, Supporting Declaration, and Order granting the Motion, under seal.

DATED THIS 31st day of August, 2017

_____
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Defendant

ORDER PERMITTING MOTION TO BE
FILED EX PARTE AND UNDER SEAL -
2

F:\DeLay\Pleadings\Comer DV subpoena seal order.doc

**Gilbert H. Levy**
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818