The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR15-175-RSL |
|---|---|
| Plaintiff, | [PROPOSED] |
| v. | UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |
| DAVID DELAY, | |
| Defendant. | |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Motion *in Limine to* Exclude Evidence of Victims' Other Sexual Behavior and Sexual Predisposition that does not exceed fifteen pages in length.

DATED this 6th day of September, 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Catherine Crisham*
CATHERINE CRISHAM
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES v. DELAY/CR15-175 RSL
Order Granting United States' Motion to File a
Brief in Excess of Twelve Pages - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970