The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-175RSL |
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO SEAL |
| DAVID DELAY, | |
| Defendant. | |

Having read the Government's Motion to Seal and because of sensitive information contained therein,

It is hereby ORDERED that Government's Response in Opposition to Defendant's Motion to Revise Detention Order shall be allowed to remain under seal due to the sensitive information contained.

DATED this 6th day of Sept., 2017.

_____
ROBERT S. LASNIK
United States District Judge

Presented by: Catherine L. Crisham, Assistant U.S. Attorney

ORDER TO SEAL
*United States v. Delay*/CR15-175RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970