HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID D. DELAY,<br><br>　　　　Defendant. | Cause No. CR15-175 RSL<br><br>**ORDER DIRECTING CLERK TO FILE MOTION AND RELATED DOCUMENTS UNDER SEAL** |

This matter having come before the Court on Motion of the Defendant above-named for an order directing the Clerk to issue a documents supoenna to a company known as the Meet Group with offices in New Hope, Pennsylvania and it appearing that the Motion identifies victims by name and that the supporting affidavit includes protected material,

NOW THEREFORE it is ordered that the Clerk shall file the Defendant's motion for issuance of a subpoena to the Meet Group, the supporting declaration, any order issued pursuant to that motion under seal.

//

//

//

ORDER DIRECTING CLERK TO FILE
MOTION UNDER SEAL - 1

https://d.docs.live.net/91e82df2bd639bdd/Office/Levy/
DeLay/Pleadings/H.N. seal order.doc

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

DATED this 6th day of Sept., 2017

_____
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Defendant

ORDER DIRECTING CLERK TO FILE
MOTION UNDER SEAL - 2

https://d.docs.live.net/91e82df2bd639bdd/Office/Levy/
DeLay/Pleadings/H.N. seal order.doc

**Gilbert H. Levy**
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818