HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No.  CR15-175 RSL |
| Plaintiff, | **ORDER DIRECTING MOTION FOR RETURN OF SEIZED PROPERTY TO BE FILED UNDER SEAL** |
| vs. | |
| DAVID D. DELAY, | |
| Defendant. | |

This matter having come before the Court on the Defendant's Motion to file his Motion for Return of Seized property under seal, and it appearing that one of the exhibits filed in support of the motion has been designed as "protected" by the Government;

NOW THEREFORE it is ordered that the Clerk shall file the Defendant's Motion for Return of Seized Property under seal.

//

//

//

//

//

ORDER DIRECTING MOTION TO BE
FILED UNDER SEAL - 1

C:\Users\Sarah\OneDrive - Law Office of Gilbert H.
Levy\DeLay\Pleadings\return property seal order.doc

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

1  DATED THIS 2nd day of ___October___, 2017

2

3  _____
   U.S. DISTRICT COURT JUDGE

4

   Presented by:

5

6  /s/Gilbert H. Levy
   _____
   Gilbert H. Levy, WSBA 4805

7  Attorney for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DIRECTING MOTION TO BE
FILED UNDER SEAL - 2

C:\Users\Sarah\OneDrive - Law Office of Gilbert H.
Levy\DeLay\Pleadings\return property seal order.doc

**Gilbert H. Levy**
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818