Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 15-00175 RSL |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER |
| | ) | GRANTING MOTION TO |
| DAVID DELAY, | ) | FILE EXCESS PAGES |
| Defendant | ) | |

Counsel for DAVID DELAY, Gilbert Levy and Terrence Kellogg, having moved the Court for leave to file excess pages, not more than 20, in David Delay's Motion to Dismiss for Governmental Misconduct, the Court, having considered the response of the government, if any, FINDS the requested relief appropriate, DOES THEREFORE

ORDER defendant Delay is permitted to file excess pages, not to exceed 20, in his Motion to Dismiss for Government Misconduct in this matter.

Done this 29th day of September, 2017.

_/s/ Robert S. Lasnik_
HON. ROBERT S. LASNIK
DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING MOTION TO
FILE EXCESS PAGES - 1

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 491-9003