HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID D. DELAY,<br><br>　　　　Defendant. | Cause No. CR15-175 RSL<br><br>**ORDER EXTENDING DUE DATE FOR RESPONSE TO MOTION IN LIMINE TO EXCLUDE IRRELEVANT EVIDENCE** |

This matter having come before the Court on the Defendant's Motion to Extend the Due Date for Filing his Response to the Government's Motion in Limine to Exclude Irrelevant Evidence (Docket No. 421), good cause appearing therefore, and the Government indicating that it would not oppose the request,

NOW THEREFORE it is ordered that the due date for filing the Defendant's Response to the Government's Motion In Limine to Exclude Irrelevant Evidence (Docket No. 421) is extended to October 5, 2017.

//

//

ORDER EXTENDING DUE DATE FOR
RESPONSE TO GOVERNMENT'S
MOTION IN LIMINE - 1

https://lawofficeghl-my.sharepoint.com/personal/assistant_lawofficeghl_on microsoft_com/Documents/DeLay/Pleadings/order extending due date in limine for response.doc

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818

DATED THIS 2nd day of October, 2017

_____
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Defendant

ORDER EXTENDING DUE DATE FOR
RESPONSE TO GOVERNMENT'S
MOTION IN LIMINE - 2

https://lawofficeghl-
my.sharepoint.com/personal/assistant_lawofficeghl_on
microsoft_com/Documents/DeLay/Pleadings/order
extending due date in limine for response.doc

**Gilbert H. Levy**
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818