UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DAVID D. DELAY,<br><br>        Defendant. | Case No. CR15-175RSL<br><br>ORDER DENYING MOTION<br>TO CONTINUE TRIAL |

This matter comes before the Court on defendant's "Motion to Continue Trial." Dkt. # 440. After five previous continuances, trial is currently scheduled to begin Monday, October 23, 2017. See Dkt. # 403, 422. Defendant moves the Court for a sixth continuance, asserting that more time is needed to review data the government recently retrieved from defendant's iPhone and subsequently turned over to the defense. In particular, defendant submits that there will not be enough time to prepare for trial and also review the relevant messages, chats, and emails retrieved from defendant's phone. The government opposes defendant's motion, pointing out that most of the information does not require detailed review, because only a small fraction of the recovered communications involve government witnesses. The government further submits that the software for reviewing the information provides sufficient filtering and search features for the defense team to efficiently review all the information that is relevant.

ORDER DENYING MOTION TO CONTINUE TRIAL - 1

After considering the memoranda submitted by both parties, the Court concludes the circumstances do not warrant a sixth continuance. The tools available for reviewing the information retrieved from defendant's phone will allow the defense team to winnow that information considerably and sort for the communications that require review. Additionally, the defense has already had a significant period of time to prepare for trial. To prepare that case, the Court has approved the appointment of two experienced defense attorneys and, to support them, the help of paralegals, experts, and a variety of other requested resources. It may take some additional time and effort, but the Court is confident the time remaining before trial provides defendant's legal team enough time to review the relevant information and still adequately prepare for trial.

For the foregoing reasons, defendant's motion is DENIED.

DATED this 12th day of October, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge