The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID DELAY,<br><br>Defendant. | NO. CR15-175RSL<br><br>[~~PROPOSED~~] ORDER SEALING GOVERNMENT'S MOTION IN LIMINE AND GRANTING MOTION TO FILE A MOTION IN EXCESS OF 12 PAGES |

The Court, having read the government's Motion *in Limine* to Exclude Unsubstantiated and Irrelevant Allegations of Sexual Misconduct, in the above-captioned case, which was filed under seal, and the government's Motion to Seal and to File a Brief in Excess of Twelve Pages, requesting that this motion be allowed to remain under seal, and to file a brief in excess of twelve pages, enters the following order:

It is hereby ORDERED that the motion is GRANTED. The government's Motion *in Limine* to Exclude Unsubstantiated and Irrelevant Allegations of Sexual Misconduct, in this matter shall remain sealed and may be in excess of twelve pages.

DATED this 19th day of October, 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

*Presented by*:
Catherine L. Crisham, Assistant U.S. Attorney

U.S. v. DAVID DELAY / CR15-175RSL
ORDER SEALING GOVERNMENT'S MOTION IN LIMINE
AND GRANTING MOTION TO FILE IN EXCESS OF 12 PAGES

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970