The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID D. DELAY <br><br> Defendant. | NO. CR15-175 RSL <br><br> [~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S MOTION TO FILE A RESPONSE IN EXCESS OF 12 PAGES |

The Court having reviewed the Government's Motion to File a Response in Excess of 12 Pages, enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED. The Government may file a Response to Defendant's Motion for Return of Seized Property (Dkt. 413) that does not exceed 14 pages in length.

DATED this 19th day of October, 2017.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:
/s/ *Catherine L. Crisham*
CATHERINE L. CRISHAM
Assistant United States Attorney

UNITED STATES v. DELAY/CR15-175-RSL
ORDER GRANTING GOVERNMENT'S MOTION TO
FILE A RESPONSE IN EXCESS OF 12 PAGES

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970