HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR15-175 RSL |
| Plaintiff, | **ORDER DIRECTING RESPONSE TO MOTION IN LIMINE TO BE FILED UNDER SEAL** |
| vs. | |
| DAVID D. DELAY, | |
| Defendant. | |

This matter having come before the Court on the Defendant's Motion to file his response to the Government's Motion in Limine [Document 421] under seal, and it appearing that the exhibits filed in support of response contain protect, private information potentially embarrassing to the persons mentioned therein;

NOW THEREFORE it is ordered that the Clerk shall file the Defendant's Response to the Government's Motion in Limine [Document 421] under seal.

//

//

//

//

ORDER DIRECTING MOTION TO BE
FILED UNDER SEAL - 1

https://lawofficeghl-
my.sharepoint.com/personal/assistant_lawofficeghl_on
microsoft_com/Documents/DeLay/Pleadings/in limine.
response seal order.doc

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818

DATED THIS 19th day of October, 2017

*[signature]*
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Defendant

ORDER DIRECTING MOTION TO BE
FILED UNDER SEAL - 2

https://lawofficeghl-
my.sharepoint.com/personal/assistant_lawofficeghl_on
microsoft_com/Documents/DeLay/Pleadings/in limine
response seal order.doc

**Gilbert H. Levy**
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818