HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | Cause No. CR15-175 RSL |
|---|---|
| Plaintiff, | **ORDER SEALING DEFENDANT'S FER 412 MOTION** |
| vs. | |
| DAVID D. DELAY, | |
| Defendant. | |

This matter having come before the Court on Defendant's Motion to Seal his Motion to Admit Evidence of alleged victims' sexual conduct pursuant to FER 412 and it appearing that FER 412(c)(2) requires the motion to be filed under seal;

NOW THEREFORE it is ordered that the Defendant's Motion to Admit Evidence or the alleged victims' sexual conduct pursuant to FER 412 shall be filed under seal.

//
//
//
//
//

ORDER SEALING DEFENDANT'S FER
12 MOTION - 1

https://lawofficeghl-my.sharepoint.com/personal/assistant_lawofficeghl_on microsoft_com/Documents/DeLay/Pleadings/FER 412 seal order.doc

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818

DATED THIS 19th day of October, 2017

_____
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Defendant

ORDER SEALING DEFENDANT'S FER
12 MOTION - 2

https://lawofficeghl-
my.sharepoint.com/personal/assistant_lawofficeghl_on
microsoft_com/Documents/DeLay/Pleadings/FER 412
seal order.doc

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818