The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID DELAY,<br><br>Defendant. | NO. CR15-175 RSL<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DUE DATE OF GOVERNMENT'S REPLY TO DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION IN LIMINE TO PRECLUDE IRRELEVANT EVIDENCE |

Having reviewed the parties' Stipulated Motion to Extend Due Date of the Government's Reply to Defendant's Response to Government's Motion in Limine to Preclude Irrelevant Evidence, and based upon the reasons set forth in that Motion,

IT IS ORDERED that the government shall file its reply to Defendants's Response to Government's Motion in Limine to Preclude Irrelevant Evidence (Docket No. 439) no later than October 13, 2017.

//
//

UNITED STATES v. DELAY/CR15-175 RSL
STIPULATION TO EXTEND DUE DATE OF
GOVERNMENT'S RESPONSE - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO ORDERED.

DATED this 19th day of October, 2017.

_____
Robert S. Lasnik
United States District Judge

Presented by:

 /s/ *Catherine L. Crisham*_____
CATHERINE L. CRISHAM
Assistant United States Attorney

UNITED STATES v. DELAY/CR15-175 RSL
STIPULATION TO EXTEND DUE DATE OF
GOVERNMENT'S RESPONSE - 2