HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID D. DELAY,<br><br>Defendant. | Cause No. CR15-175 RSL<br><br>**ORDER DIRECTING DEFENDANT'S FER 404(B) NOTICE TO BE FILED UNDER SEAL** |

This matter having come before the Court on the Defendant's Motion to file his FER 404(b) Notice under seal, and it appearing that the Notice contains information that is potentially embarrassing to alleged victims and that it refers to information derived from material that has been designated as "protected";

NOW THEREFORE it is ordered that the Clerk shall file the Defendant's FER 404(b) Notice under seal.

//

//

//

//

ORDER DIRECTING FER 404(b)
NOTICE TO BE FILED UNDER SEAL - 1

https://lawofficeghl-my.sharepoint.com/personal/assistant_lawofficeghl_on microsoft_com/Documents/DeLay/Pleadings/FER 404(b) Seal Order.doc

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818

1 | DATED THIS 19th day of October, 2017

_____
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Defendant

ORDER DIRECTING FER 404(b)
NOTICE TO BE FILED UNDER SEAL - 2

https://lawofficeghl-
my.sharepoint.com/personal/assistant_lawofficeghl_on
microsoft_com/Documents/DeLay/Pleadings/FER
404(b) Seal Order.doc

**Gilbert H. Levy**
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818