The Honorable Robert S. Lasnik

1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-175 RSL |
| Plaintiff, | ~~[PROPOSED]~~ ORDER TO SEAL GOVERNMENT'S REPLY IN SUPPORT OF ITS MOTION *IN LIMINE* TO PRECLUDE INTRODUCTION OF IRRELEVANT INFORMATION |
| v. | |
| DAVID D. DELAY, | |
| Defendant. | |

Having reviewed the Government's Reply in Support of its Motion *in Limine* to Preclude Introduction of Irrelevant Information, which was filed under seal, and the Government's Motion to Seal requesting that the government's reply be allowed to remain under seal,

It is hereby ORDERED that the Government's Reply in Support of its Motion *in Limine* to Preclude Introduction of Irrelevant Information in this matter shall remain sealed.

DATED this ___19^th___ day of ___Oct.___, 2017.

_____

ROBERT S. LASNIK
United States District Judge