The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR15-175 RSL |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION TO FILE A MOTION *IN LIMINE* IN EXCESS OF 12 PAGES |
| v. | |
| DAVID D. DELAY | |
| Defendant. | |

The Court having reviewed the Government's Motion to File a Motion *in Limine* in Excess of Twelve Pages, enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED. The Government may file a Motion *in Limine* to Preclude Introduction of Irrelevant Information that does not exceed 16 pages in length.

DATED this 20th day of October, 2017.

_____
Robert S. Lasnik
United States District Judge

Presented by:
/s/ *Catherine L. Crisham*
CATHERINE L. CRISHAM
Assistant United States Attorney

UNITED STATES v. DELAY/CR15-175-RSL
ORDER GRANTING GOVERNMENT'S MOTION TO
FILE A MOTION *IN LIMINE* IN EXCESS OF 12 PAGES

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970