The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID D. DELAY,<br><br>Defendant. | NO. CR15-175 RSL<br><br>ORDER TO SEAL GOVERNMENT'S MOTION *IN LIMINE* TO PRECLUDE INTRODUCTION OF IRRELEVANT INFORMATION |

Having reviewed the Government's Motion *in limine* To Preclude Introduction of Irrelevant Information, which was filed under seal, and the Government's Motion to Seal requesting that the government's motion *in limine* be allowed to remain under seal,

It is hereby ORDERED that the Government's Motion *in limine* to Preclude Introduction of Irrelevant Information in this matter shall remain sealed.

DATED this 20th day of October, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

UNITED STATES v. DELAY/CR15-175RSL
ORDER TO SEAL GOVERNMENT'S MOTION *IN LIMINE*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970