The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID DELAY,<br><br>Defendant. | NO. CR15-175RSL<br><br>[PROPOSED] ORDER SEALING GOVERNMENT'S RESPONSE TO DEFENDANT'S FRE 412 MOTION |

The Court, having read the government's Response in Opposition to Defendant's FRE 412 Motion, in the above-captioned case, which was filed under seal, and the government's Motion to Seal, requesting that this motion be allowed to remain under seal, enters the following order:

It is hereby ORDERED that the motion is GRANTED. The government's Response

ORDER TO EXCLUDE EVIDENCE PURSUANT TO FRE 412
*United States v. Delay*/CR15-175RSL- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

in Opposition to Defendant's FRE 412 Motion, in this matter shall remain sealed.

DATED this 23rd day of October, 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

*Presented by*: Catherine L. Crisham, Assistant U.S. Attorney

ORDER TO EXCLUDE EVIDENCE PURSUANT TO FRE 412
United States v. Delay/CR15-175RSL- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970