HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR15-175 RSL |
| Plaintiff, | **ORDER GRANTING MOTION TO SEAL MOTION AND MEMORANDUM AND DECLARATION OF GILBERT LEVY IN SUPPORT OF MOTION TO ISSUE WRIT OF *HABEAS CORPUS AD TESTIFICANDUM*** |
| vs. | |
| DAVID D. DELAY, | |
| Defendant. | |

This matter coming before this Court on Defendant's Motion to Seal the Motion and Declaration of Gilbert Levy in Support of Motion to Issue Writ of *Habeas Corpus Ad Testificandum* and good cause appearing therefor,

ORDER GRANTING MOTION TO SEAL MOTION
AND MEMORANDUM AND DECLARATION OF
GILBERT LEVY IN SUPPORT OF MOTION TO
ISSUE WRIT OF *HABEAS CORPUS AD
TESTIFICANDUM*- 1

https://lawofficeghl-
my.sharepoint.com/personal/assistant_lawofficeghl_on
microsoft_com/Documents/DeLay/Pleadings/Comer
Writ of Habeas Corpus Seal Order.doc

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

NOW THEREFORE, the Motion and Declaration of Gilbert Levy in Support of Motion to Issue Writ of *Habeas Corpus Ad Testificandum*, which was previously filed under seal, shall remain under seal.

DATED THIS 26th day of October, 2017

*/s/ R.S. Lasnik*
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Defendant

ORDER GRANTING MOTION TO SEAL MOTION AND MEMORANDUM AND DECLARATION OF GILBERT LEVY IN SUPPORT OF MOTION TO ISSUE WRIT OF *HABEAS CORPUS AD TESTIFICANDUM*- 2

https://lawofficeghl-my.sharepoint.com/personal/assistant_lawofficeghl_on microsoft_com/Documents/DeLay/Pleadings/Comer Writ of Habeas Corpus Seal Order.doc

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818