UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID D. DELAY, <br><br> Defendant. | CASE NO. CR15-0175RSL <br><br> ORDER |

For administrative purposes, the term of service for the jurors who sat in this matter, including alternate jurors, is hereby extended until May 7, 2018.

IT IS SO ORDERED

Dated this 6th day of November, 2017.

Robert S. Lasnik
United States District Judge

ORDER