HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID D. DELAY,<br><br>　　　　Defendant. | Cause No. CR15-175 RSL<br><br>ORDER EXTENDING TIME FOR FILING MOTON FOR A NEW TRIAL AND / OR MOTION TO ARREST THE JUDGMENT |

This matter having come before the Court on Motion of the Defendant above-named to extend the time for filing a motion for a new trial and / or motion to arrest the judgment, good cause appearing therefore, and the Government having indicated that it has no object to the extension,

NOW THEREFORE it is ordered that the time is extended and the Defendant shall file his motion for a new trial and/or to arrest the judgment on or before December 1, 2017.

//

//

//

ORDER EXTENDING TIME FOR
FILING A NEW TRIAL AND / OR
MOTION TO ARREST THE JUDGMENT
- 1

https://lawofficeghl-
my.sharepoint.com/personal/assistant_lawofficeghl_on
microsoft_com/Documents/DeLay/Pleadings/n.t.
continue ord.doc

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818

DATED THIS 20 day of November, 2017

*[signature]*
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

ORDER EXTENDING TIME FOR
FILING A NEW TRIAL AND / OR
MOTION TO ARREST THE JUDGMENT
- 2

**Gilbert H. Levy**
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818