The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID DELAY, <br><br> Defendant. | NO. CR15-175 RSL <br><br> ORDER GRANTING AGREED MOTION TO EXTEND DUE DATE OF GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR NEW TRIAL AND/OR TO ARREST JUDGMENT |

Having reviewed the parties' Agreed Motion to Extend Due Date of Government's Response to Defendant's Motion for New Trial and/or to Arrest Judgment, and based upon the reasons set forth in that Motion, IT IS ORDERED that the government shall file its response to Defendant David Delay's Motion for New Trial and/or to Arrest Judgment (Docket No. 538) no later than January 3, 2018. The Clerk of Court shall renote defendant's Motion for New Trial and/or to Arrest Judgment on January 5, 2018.

IT IS SO ORDERED.

DATED this 20th day of Dec., 2017.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Catherine L. Crisham
CATHERINE L. CRISHAM
Assistant United States Attorney

UNITED STATES v. DELAY/CR15-175 RSL
AGREED MOTION TO EXTEND DUE DATE OF
GOVERNMENT'S RESPONSE - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970