HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | Cause No. CR15-175 RSL |
|---|---|
| Plaintiff, | **ORDER SEALING PRAECIPLE AND EXHIBITS** |
| vs. | |
| DAVID D. DELAY, | |
| Defendant. | |

This matter having come before the Court on Defendant's Motion to Seal the Praecipe to his Sentencing Memorandum and the attached exhibits, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk shall file the Praecipe to the Defendant's Sentencing Memorandum and the attached exhibits under seal.

//

//

//

//

//

//

ORDER SEALING PRAECIPE AND
EXHIBITS - 1

https://lawofficeghl-
my.sharepoint.com/personal/assistant_lawofficeghl_on
microsoft_com/Documents/DeLay/Pleadings/Praecipe
Order.doc

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

DATED THIS 9th day of April, 2018

_____
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

ORDER SEALING PRAECIPE AND
EXHIBITS - 2

https://lawofficeghl-
my.sharepoint.com/personal/assistant_lawofficeghl_on
microsoft_com/Documents/DeLay/Pleadings/Praecipe
Order.doc

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818