The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-175 RSL |
| Plaintiff, | |
| v. | GOVERNMENT'S MOTION TO DISMISS COUNT 18 |
| DAVID D. DELAY, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed herein, the United States Attorney for the Western District of Washington hereby dismisses Count Eighteen of the Sixth Superseding Indictment, charging the Defendant David Delay with Distribution of Child Pornography, in violation

//

//

GOVERNMENT'S MOTION TO DISMISS COUNT 18 - 1
UNITED STATES v. DELAY, CR15-175-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

DATED this 12th day of April, 2018.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/ Catherine L. Crisham*
CATHERINE L. CRISHAM
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-0755
Emails: Catherine.Crisham@usdoj.gov

JOHN M. GORE
Acting Assistant Attorney General

*s/ Matthew T. Grady*
MATTHEW T. GRADY
Trial Attorney
Criminal Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Ave., N.W. (PHB)
Washington, District of Columbia 20530
Phone: 202-514-3204
Fax Number: 202-514-6588
Email: matthew.grady@usdoj.gov

Leave of court is granted for the filing of the foregoing dismissal of Count 18 without prejudice.

DATED this 16t day of April, 2018.

THE HONORABLE ROBERT S. LASNIK
United States District Judge

GOVERNMENT'S MOTION TO DISMISS COUNT 18 - 2
UNITED STATES v. DELAY, CR15-175-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970