The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR15-175 RSL |
|---|---|
| Plaintiff | **ORDER TO SEAL** |
| v. | |
| DAVID D. DELAY, | |
| Defendant. | |

Having read the Government's Motion to Seal, Dkt. # 588, and because of the sensitive information contained within the United States' Unopposed Motion to Redact Transcripts;

//
//
//

Order to Seal
*U.S. v. Delay*, CR15-175 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

It is hereby ORDERED that the United States' Unopposed Motion to Redact Transcripts shall remain sealed. Dkt. # 589.

The government shall file an unsealed redacted (removing the last names of the victims) version of the Unopposed Motion to Redact Transcripts within 5 days of this order.

DATED this 29th day of May, 2018.

*/s/ Robert S. Lasnik*

ROBERT S. LASNIK
United States District Judge

Presented by:

*S/ Catherine L. Crisham*
CATHERINE L. CRISHAM
Assistant United States Attorney

Order to Seal
U.S. v. Delay, CR15-175 RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970