The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID DELAY,<br><br>　　　　　Defendant. | NO. CR15-175 RSL<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO REDACT |

This matter, having come before the Court based on the unopposed motion of the government, and having considered the same, it is hereby ORDERED as follows:

The following redactions shall be made to the transcripts of the trial in this case, as well as the sentencing hearings of David Delay and Marysa Comer.

1) The last name of the victim identified by the initials "H.H." shall be redacted and replaced with "H."

2) The last name of the victim identified by the initials "H.N." shall be redacted and replaced with "N."

3) The last name of the victim identified by the initials "H.S." shall be redacted and replaced with "S."

4) The last name of the victim identified by the initials "S.W." shall be redacted and replaced with "W."

5) The last name of the victim identified by the initials "T.G." shall be redacted and replaced with "G."

6) The last name of the victim identified by the initials "M.K." shall be redacted and replaced with "K."

7) The last name of the victim identified by the initials "J.S." shall be redacted and replaced with "S."

DATED this 29th day of May, 2018.

_____
THE HONORABLE ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Catherine L. Crisham
Catherine L. Crisham
Assistant United States Attorney